**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF WYOMING

Case number *(if known)* _____   Chapter __11__

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **KRT, Inc.** | |
| 2. | **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names and *doing business as* names | | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **20-8257926** | |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **1993 Dewar Drive No. 2** <br> **Rock Springs, WY 82901** <br> Number, Street, City, State & ZIP Code | **P.O. Box 1665** <br> **Rock Springs, WY 82902** <br> P.O. Box, Number, Street, City, State & ZIP Code |
| **Sweetwater** <br> County | **Location of principal assets, if different from principal place of business** <br><br> Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **KRT, Inc.**
_____
Name

Case number (*if known*) _____

**7.** **Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

    4842

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | When | Case number |
|---|---|---|
| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

2/07/25 6:41PM

Debtor    **KRT, Inc.**                                                    Case number (*if known*) _____
_____
Name

| List all cases. If more than 1, attach a separate list | Debtor | | Relationship | |
|---|---|---|---|---|
| | District | _____ When _____ | Case number, if known | _____ |

---

**11.** **Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____
Contact name _____
Phone _____

---

███  **Statistical and administrative information**

**13.** **Debtor's estimation of available funds**   .   *Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14.** **Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☑ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

---

**15.** **Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☑ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16.** **Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☑ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

2/07/25 6:41PM

| Debtor | **KRT, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **February  7, 2025**
MM / DD / YYYY

**X** **/s/ Kevin Ringdahl**                                           **Kevin Ringdahl**
Signature of authorized representative of debtor          Printed name

Title    **Vice-President**

**18. Signature of attorney**

**X** **/s/ Clark D. Stith**                                Date    **February  7, 2025**
Signature of attorney for debtor                                   MM / DD / YYYY

**Clark D. Stith 6-3176**
Printed name

**Clark D. Stith**
Firm name

**505 Broadway Street**
**Rock Springs, WY 82901**
Number, Street, City, State & ZIP Code

Contact phone    **307-382-5565**          Email address    **clarkstith@wyolawyers.com**

**6-3176 WY**
Bar number and State

**Fill in this information to identify the case:**

Debtor name **KRT, Inc.**

United States Bankruptcy Court for the: **DISTRICT OF WYOMING**

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■ *Schedule H: Codebtors* (Official Form 206H)

■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* _____

■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **February  7, 2025**        *X* **/s/ Kevin Ringdahl**
_____                Signature of individual signing on behalf of debtor

**Kevin Ringdahl**
Printed name

**Vice-President**
Position or relationship to debtor

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **KRT, Inc.** |
| United States Bankruptcy Court for the: | **DISTRICT OF WYOMING** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Ally Financial PO Box 9001948 Louisville, KY 40290-1948** | | | | $154,627.47 | $0.00 | $154,627.47 |
| **American National 8004 S 94th St La Vista, NE 68128** | | | Disputed | | | $75,974.87 |
| **B-1 Trucking LLC 47 Diane Street Artesia, NM 88210** | | | Disputed | | | $221,846.78 |
| **Balboa Capital Corporation 575 Anton Blvd 12th Floor Costa Mesa, CA 92626** | | **2015 Cat Combinatoin Pipelayer with Vanguard Conversion located in New Mexico** | Disputed | $294,985.00 | $130,000.00 | $164,985.00 |
| **Bank of America PO Box 851001 Dallas, TX 75285-1001** | | | Disputed | | | $148,263.59 |
| **Blue Cross Blue Shield of Wyoming PO Box 173704 Denver, CO 80217-3704** | | | Disputed | | | $133,163.63 |
| **Commercial Credit Group 227 West Trade Street, Suite 1450 Charlotte, NC 28202** | | **2019 Link-Belt 228 HSL 130 ton crawler crane located 113 6th Avenue Greeley CO** | Disputed | $1,600,000.00 | $650,000.00 | $950,000.00 |
| **First Interstate Bank Po Box 7087 Billings, MT 59103** | | | Disputed | | | $58,137.03 |

| Debtor | **KRT, Inc.** | | | | Case number *(if known)* | |
| | Name | | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Ford Motor Credit National Bankruptcy Service Center PO Box 62180 Colorado Springs, CO 80962** | | | | $185,345.60 | $0.00 | $185,345.60 |
| **IPFS Corporation PO Box 412086 Kansas City, MO 64141** | | | **Disputed** | | | $70,259.62 |
| **Kevin and Laura Ringdahl 302 Hemlock Rock Springs, WY 82901** | | | | | | $748,270.85 |
| **Landeros Trucking Service LLC PO Box 651 Greeley, CO 80632** | | | **Disputed** | | | $87,597.50 |
| **Park Heavy Haul LLC 14757 County Road 26 Fort Lupton, CO 80621** | | | **Disputed** | | | $74,250.00 |
| **Rock Point Trucking 2141 72nd Ave CT Greeley, CO 80634** | | | **Disputed** | | | $67,640.00 |
| **SBA EIDL USA Small Business Administration PO Box 3918 Portland, OR 97208-3908** | | | | | | $132,157.00 |
| **Tailchain Services, LLC PO Box 338 685 NE Hwy 19 Sidney, NE 69162** | | | **Disputed** | | | $94,156.88 |
| **US Bank Equipment Co 1310 Madrid St. Suite 101 Chicago, IL 60673-1787** | | | **Disputed** | | | $87,144.20 |
| **Wagner Equipment Co PO Box 919000 Denver, CO 80291** | | | **Disputed** | | | $151,754.98 |

| Debtor | **KRT, Inc.** | | | Case number *(if known)* | |
|---|---|---|---|---|---|
| | Name | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Wallwork Financial 401 38th Street SW P.O. Box 638 Fargo, ND 58107-0628** | | | **Disputed** | | | **$128,656.95** |
| **Wells Fargo Vendor Financial PO Box 030310, Los angeles,, CA** | | | **Disputed** | | | **$56,025.30** |

| Fill in this information to identify the case: |
|---|
| Debtor name **KRT, Inc.** |
| United States Bankruptcy Court for the: DISTRICT OF WYOMING |
| Case number (if known) _____ |

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     12/15

Part 1:   **Summary of Assets**

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*..................................................................................... $ **0.00**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*.................................................................................. $ **6,382,948.91**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*..................................................................................... $ **6,382,948.91**

Part 2:   **Summary of Liabilities**

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*..................... $ **4,216,308.82**

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................... $ **0.00**

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................... +$ **3,056,465.88**

4. Total liabilities ...........................................................................................................
   Lines 2 + 3a + 3b     $ **7,272,774.70**

| Fill in this information to identify the case: |
| --- |

| Debtor name | **KRT, Inc.** |
| --- | --- |
| United States Bankruptcy Court for the: | DISTRICT OF WYOMING |
| Case number (if known) | |

☐ Check if this is an
amended filing

# Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
| --- | --- | --- | --- |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | **QBO Checking** | **Checking** | | $485.30 |
| 3.2. | **RSNB Checking** | **Checking** | 5620 | $4,491.97 |
| 3.3. | **RSNB Fuel** | **Checking** | 8155 | $11,349.55 |
| 3.4. | **Wells Fargo** | **Checking** | 5905 | $6,059.58 |
| 3.5. | **RSNB Savings** | **Savings** | | $20,403.47 |
| 3.6. | **Trona Savings** | **Savings** | 2187 | $292.69 |

| Debtor | **KRT, Inc.** | Case number *(If known)* | |
|--------|---------------|--------------------------|--|
| | Name | | |

| 3.7. | **Unita Bank** | | 8770 | $2,947.88 |

**4.** **Other cash equivalents** *(Identify all)*

**5.** **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

$46,030.44

---

**Part 2:** **Deposits and Prepayments**

**6. Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

---

**Part 3:** **Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

**11.** **Accounts receivable**

11a. 90 days old or less:     **1,158,999.47**     -     **0.00**     = ....     $1,158,999.47

     face amount          doubtful or uncollectible accounts

---

**12.** **Total of Part 3.**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.

$1,158,999.47

**Part 4:** **Investments**

**13. Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

---

**Part 5:** **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No. Go to Part 6.
☐ Yes Fill in the information below.

---

**Part 6:** **Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

---

**Part 7:** **Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
■ Yes Fill in the information below.

---

Debtor    **KRT, Inc.**                                    Case number *(If known)* _____
Name

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. | **Office furniture** **Desks , chairs, misc** | $0.00 | Comparable sale | $1,500.00 |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** **Computers, printer, phones** | $0.00 | Comparable sale | $2,000.00 |
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

43. **Total of Part 7.** | $3,500.00
Add lines 39 through 42.  Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No

☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

**Part 8:    Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.

☑ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. | **2014 F-550** | $0.00 | Comparable sale | $36,000.00 |
| 47.2. | **2004 Kenworth gin truck (Unit 101) located 113 6th Avenue Greeley CO** | $0.00 | Comparable sale | $37,000.00 |
| 47.3. | **2013 Kenworth gin truck (unit 107)** | $0.00 | Comparable sale | $88,000.00 |
| 47.4. | **2006 Peterbilt winch truck (KRT Unit 111)** | $0.00 | | $35,000.00 |
| 47.5. | **1998 Kenworth winch truck (Unit 113) located at 113 6th Avenue Greeley CO** | $0.00 | Comparable sale | $21,000.00 |
| 47.6. | **2008 Peterbilt 389 (KRT Unit 114)** | $0.00 | Comparable sale | $49,500.00 |

Debtor    **KRT, Inc.**
　　　　　Name

Case number *(If known)* _____

| | | | | |
|---|---|---|---|---|
| 47.7. | **2014 Peterbilt 367 winch truck (KRT Unit 115) located at 113 6th Avenue Greeley CO** | $0.00 | Comparable sale | $47,000.00 |
| 47.8. | **2013 Peterbilt 367 winch truck (KRT Unit 116)** | $0.00 | Comparable sale | $41,000.00 |
| 47.9. | **2008 Peterbilt 367 (KRT Unit 117) located at 113 6th Avenue Greeley CO** | $0.00 | Comparable sale | $33,000.00 |
| 47.10. | **2004 Kenworth W900 (KRT Unit 118)** | $0.00 | Comparable sale | $36,000.00 |
| 47.11. | **2019 Kenworth T800 (Unit 119) located at 113 6th Ave. Greeley CO** | $0.00 | | $85,000.00 |
| 47.12. | **2014 Kenworth tandem axle (KRT Unit 125) located at 113 6th Avenue Greeley CO** | $0.00 | | $41,000.00 |
| 47.13. | **2007 Kenworth winch truck (KRT Unit 131)** | $0.00 | Comparable sale | $61,000.00 |
| 47.14. | **1998 Peterbilt (KRT Unit 141) located at 113 6th Avenue Greeley CO** | $0.00 | Comparable sale | $24,000.00 |
| 47.15. | **1988 Freightliner (KRT Unit 143)** | $0.00 | Comparable sale | $15,500.00 |
| 47.16. | **2012 F150 pickup (KRT-2)** | $0.00 | | $7,700.00 |
| 47.17. | **2012 F-350 (KRT-4)** | $0.00 | Comparable sale | $18,255.00 |
| 47.18. | **2017 F-150 (KRT-300)** | $0.00 | Comparable sale | $29,833.00 |
| 47.19. | **2018 F-150 (KRT-410)** | $0.00 | Comparable sale | $17,892.00 |
| 47.20. | **2017 F-150 (KRT-430)** | $0.00 | | $17,000.00 |
| 47.21. | **2018 F-150 (KRT-450)** | $0.00 | Comparable sale | $18,000.00 |
| 47.22. | **2018 F-150 (KRT-455)** | $0.00 | | $18,000.00 |

| Debtor | **KRT, Inc.** | Case number *(If known)* | |
|--------|---------------|--------------------------|--|
| | Name | | |

| 47.23 | 2018 Ford F-150 (KRT-460) | $0.00 | | $18,000.00 |
|-------|---------------------------|-------|---|-----------|
| 47.24 | 2022 ram 2500 (KRT -465) | $0.00 | Comparable sale | $47,587.00 |
| 47.25 | 2021 F150  (PL-100) | $0.00 | | $23,363.00 |
| 47.26 | 2022 F-150 (PL-102) | $0.00 | Comparable sale | $49,165.00 |
| 47.27 | 2022 Ram 2500 (KRT -302) | $0.00 | | $47,487.00 |
| 47.28 | 2022 Ram 2500 (NM-201) | $0.00 | | $47,487.00 |
| 47.29 | 2022 F150 (NM-210) | $0.00 | | $49,000.00 |
| 47.30 | 2022 F-150 (NM-211) | $0.00 | Comparable sale | $49,150.00 |
| 47.31 | 2021 F-150 (KRT-435) | $0.00 | Comparable sale | $42,000.00 |

48.  **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49.  **Aircraft and accessories**

50.  **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| 2019 Link-Belt 228 HSL 130 ton crawler crane located 113 6th Avenue Greeley CO | Unknown | Recent cost | $650,000.00 |
|--------------------------------------------------------------------------------|---------|-------------|-------------|
| 2023 Copco Air compressor | $0.00 | | $100,000.00 |
| 2015 Cat Combinatoin  Pipelayer with Vanguard Conversion located in New Mexico | $0.00 | Comparable sale | $130,000.00 |
| 2018 Xtreme XR1055 Telehandler | $0.00 | Comparable sale | $40,000.00 |
| 2023 Felling tilt trailer | $0.00 | Comparable sale | $12,000.00 |
| 2020 Peerless Lowboy Trailer | $0.00 | Comparable sale | $51,000.00 |
| 2021 Scona booster axle trailer | $0.00 | | $11,000.00 |

Debtor    **KRT, Inc.**                                                    Case number *(If known)* _____
_____
Name

| | | | |
|---|---|---|---|
| **2021 Scona Jeep trailer** | **$0.00** | | **Unknown** |
| **Five (5) Caterpillar Excavators, Three (3) Caterpillar loaders, One (1) track type tractor** | **Unknown** | **Comparable sale** | **$1,600,000.00** |
| **2022 Diamond C Trailer , 102 inches x 40 feet equipment trailer** | **$0.00** | **Comparable sale** | **$38,000.00** |
| **2005 Volvo Loader (KRT Unit FL-1)** | **$0.00** | **Comparable sale** | **$25,000.00** |
| **2015 John Deere Loader (KRT Unit FL-2)** | **$0.00** | **Comparable sale** | **$40,000.00** |
| **2017 Volvo Loader (KRT Unit FL-3)** | **$0.00** | **Comparable sale** | **$67,500.00** |
| **2018 LInkbelt 130 ton crawler crane located at 113 6th Avenue Greeley CO** | **$0.00** | **Comparable sale** | **$520,000.00** |
| **2018 LInbelt 1130 ton crawler crane located at 113 6th Avenue Greeley CO** | **$0.00** | **Comparable sale** | **$490,000.00** |
| **1996 80 ton Cozad trailer with accessories** | **$0.00** | | **$250,000.00** |

51.    **Total of Part 8.**                                                                                        | **$5,174,419.00** |
Add lines 47 through 50.  Copy the total to line 87.

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**
■ No
☐ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

Part 9:    **Real property**

54. **Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

Part 10:    **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

Part 11:    **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

| Debtor | **KRT, Inc.** | Case number *(If known)* _____ |
|---|---|---|
| | Name | |

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

**Current value of debtor's interest**

71. **Notes receivable**
    Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**
    Description (for example, federal, state, local)

    **Claim against IRS for overpayment** _____   Tax year _____   **Unknown**

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78. **Total of Part 11.**

    Add lines 71 through 77. Copy the total to line 90.

    **$0.00**

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

Debtor    **KRT, Inc.**
_____    Case number *(If known)* _____
    Name

| Part 12: | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | **$46,030.44** | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | **$0.00** | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | **$1,158,999.47** | |
| 83. **Investments.** *Copy line 17, Part 4.* | **$0.00** | |
| 84. **Inventory.** *Copy line 23, Part 5.* | **$0.00** | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | **$0.00** | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | **$3,500.00** | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | **$5,174,419.00** | |
| 88. **Real property.** *Copy line 56, Part 9*......................................................................> | | **$0.00** |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | **$0.00** | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + **$0.00** | |
| 91. **Total.** Add lines 80 through 90 for each column | **$6,382,948.91** + 91b. | **$0.00** |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | **$6,382,948.91** |

**Fill in this information to identify the case:**

Debtor name **KRT, Inc.**

United States Bankruptcy Court for the: DISTRICT OF WYOMING

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1 Ally Financial**<br>Creditor's Name | Describe debtor's property that is subject to a lien | $154,627.47 | $0.00 |

**2.1 Ally Financial**
Creditor's Name

**PO Box 9001948
Louisville, KY 40290-1948**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien          $154,627.47          $0.00

Describe the lien

**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.2 Balboa Capital Corporation**
Creditor's Name

**575 Anton Blvd
12th Floor
Costa Mesa, CA 92626**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**10/6/2023**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

Describe debtor's property that is subject to a lien          $294,985.00          $130,000.00
**2015 Cat Combinatoin  Pipelayer with Vanguard Conversion located in New Mexico**

Describe the lien
**Purchase Money Security**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

---

| Debtor | **KRT, Inc.** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.3 | **Balboa Capital Corporation** | Describe debtor's property that is subject to a lien | **Unknown** | **$40,000.00** |
|---|---|---|---|---|

Creditor's Name

**575 Anton Blvd**
**12th Floor**
**Costa Mesa, CA 92626**
Creditor's mailing address

**2018 Xtreme XR1055 Telehandler**

Describe the lien

Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Caterpillar Financial Services** | Describe debtor's property that is subject to a lien | **$1,471,832.05** | **$1,600,000.00** |
|---|---|---|---|---|

Creditor's Name

**2120 West End Avenue**
**Nashville, TN 37203**
Creditor's mailing address

**Five (5) Caterpillar Excavators, Three (3) Caterpillar loaders, One (1) track type tractor**

Describe the lien
**Purchase Money Security**

Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Date debt was incurred**
**12/1/2023**
**Last 4 digits of account number**

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.5 | **Chrysler Capital** | Describe debtor's property that is subject to a lien | **$48,433.87** | **Unknown** |
|---|---|---|---|---|

Creditor's Name

**PO Box660335**
**Dallas, TX 75266**
Creditor's mailing address

Describe the lien

**Is the creditor an insider or related party?**
■ No

---

| Debtor | **KRT, Inc.** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

☐ No

**Last 4 digits of account number**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

☐ Disputed

---

| 2.6 | **Citizens One Auto** | Describe debtor's property that is subject to a lien | $27,084.83 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | | | |

**PO Box 42113
Providence, RI 02940**

Describe the lien

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No

**Last 4 digits of account number**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

☐ Disputed

---

| 2.7 | **Commercial Credit Group** | Describe debtor's property that is subject to a lien | $1,600,000.00 | $650,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **2019 Link-Belt 228 HSL 130 ton crawler crane located 113 6th Avenue Greeley CO** | | |

**227 West Trade Street,
Suite 1450
Charlotte, NC 28202**

Creditor's mailing address

**Describe the lien**

**Non-Purchase Money Security**

**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

☐ No

**1/27/2025**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

■ Disputed

---

| 2.8 | **Commercial Credit Group** | Describe debtor's property that is subject to a lien | $51,000.00 | $38,000.00 |
|---|---|---|---|---|

---

| Debtor | **KRT, Inc.** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

Creditor's Name

**2135 City Gate Lane
Suite 440
Naperville, IL 60563**

Creditor's mailing address

**2022 Diamond C Trailer , 102 inches x 40 feet equipment trailer**

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☑ Disputed

---

| 2.9 | **Ford Motor Credit** | Describe debtor's property that is subject to a lien | $185,345.60 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**National Bankruptcy Service Center
PO Box 62180
Colorado Springs, CO 80962**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.10 | **Gulf Coast Financial Services Inc.** | Describe debtor's property that is subject to a lien | $280,000.00 | $1,202,585.00 |
|---|---|---|---|---|

Creditor's Name

**248 North Marion Avenue
Lake City, FL 32055**

Creditor's mailing address

**KRT Invoice Nos. 10983, 10964, 10962, 10961**

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

---

| Debtor | **KRT, Inc.** | | Case number (if known) | |
| --- | --- | --- | --- | --- |
| | Name | | | |

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 1 | **Trans Lease, Inc.** | Describe debtor's property that is subject to a lien | **Unknown** | **$11,000.00** |
| --- | --- | --- | --- | --- |

**Trans Lease, Inc.**
Creditor's Name

**1400 West 62nd Avenue**
**Denver, CO 80221**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**2021 Scona booster axle trailer**

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 2 | **Trans Lease, Inc.** | Describe debtor's property that is subject to a lien | **Unknown** | **Unknown** |
| --- | --- | --- | --- | --- |

**Trans Lease, Inc.**
Creditor's Name

**1400 West 62nd Avenue**
**Denver, CO 80221**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**2021 Scona Jeep trailer**

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 3 | **Translease, Inc.** | Describe debtor's property that is subject to a lien | **$75,000.00** | **$51,000.00** |
| --- | --- | --- | --- | --- |

**Translease, Inc.**
Creditor's Name

**1400 West 62nd Avenue**
**Denver, CO 80221**

Describe debtor's property that is subject to a lien
**2020 Peerless Lowboy Trailer**

---

| Debtor | **KRT, Inc.** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

Creditor's mailing address

**Describe the lien**
**Purchase Money Security**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**6/2/2022**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.1<br>4 | **Wallwork Financial** | **Describe debtor's property that is subject to a lien** | **$0.00** | **$100,000.00** |
|---|---|---|---|---|
| | Creditor's Name | **2023 Copco Air compressor** | | |

**401 38th Street SW**
**P.O. Box 638**
**Fargo, ND 58107-0628**
Creditor's mailing address

**Describe the lien**
**Purchase Money Security**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**10/6/2022**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.1<br>5 | **Wallwork Financial** | **Describe debtor's property that is subject to a lien** | **$28,000.00** | **$12,000.00** |
|---|---|---|---|---|
| | Creditor's Name | **2023 Felling tilt trailer** | | |

**401 38th Street SW**
**P.O. Box 638**
**Fargo, ND 58107-0628**
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**10/7/22**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**

---

| Debtor | **KRT, Inc.** | Case number (if known) |
|---|---|---|
| | Name | |

☑ No

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | $4,216,308.82

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies,
assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Commercial Credit Group**<br>**2135 City Gate Lane**<br>**Suite 400**<br>**Naperville, IL 60563** | Line  2.7 | |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **KRT, Inc.** |
| United States Bankruptcy Court for the: | DISTRICT OF WYOMING |
| Case number (if known) | |

☐ Check if this is an
   amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>**Internal Revenue Service**<br>**Centralized Insolvency Operations**<br>**PO Box 7346**<br>**Philadelphia, PA 19101-7346** | **Unknown** | **$0.00** |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|
| **3.1** | Nonpriority creditor's name and mailing address<br>**4 Rivers Equipment**<br>**PO Box 913509**<br>**Denver, CO 80291** | **$7,958.48** |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred

Last 4 digits of account number

Basis for the claim:

Is the claim subject to offset?   ■ No   ☐ Yes

|  |  | Amount of claim |
|---|---|---|
| **3.2** | Nonpriority creditor's name and mailing address<br>**All West Communications**<br>**1481 Gateway Blvd.**<br>**Rock Springs, WY 82901** | **Unknown** |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred

Last 4 digits of account number

Basis for the claim:

Is the claim subject to offset?   ■ No   ☐ Yes

| Debtor | **KRT, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.3** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$75,974.87**

**American National**
**8004 S 94th St**
**La Vista, NE 68128**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.4** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$209.46**

**AT&T**
**PO Box 5014**
**Carol Stream, IL 60197-5014**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.5** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$191.30**

**Atmos Energy Corporation**
**PO Box 790311**
**Saint Louis, MO 63179**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.6** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$150.00**

**Axiom Medical**
**PO Box 207282**
**Dallas, TX 75320**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.7** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$221,846.78**

**B-1 Trucking LLC**
**47 Diane Street**
**Artesia, NM 88210**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.8** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$148,263.59**

**Bank of America**
**PO Box 851001**
**Dallas, TX 75285-1001**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.9** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,000.00**

**Basin Concrete and Trucking & Rental**
**PO Box 4264**
**Williston, ND 58802**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | KRT, Inc. | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**3.10** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,050.00**

**Betos Trucking LLC**
**PO Box 85**
**Hobbs, NM 88241**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.11** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,036.14**

**Big Boy Services LLC**
**PO Box 3481**
**Hobbs, NM 88241**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.12** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$133,163.63**

**Blue Cross Blue Shield of Wyoming**
**PO Box 173704**
**Denver, CO 80217-3704**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.13** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$15,924.23**

**Blue Star Services**
**277 W Hwy 128**
**PO Box 1268**
**Jal, NM 88252**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.14** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$43,605.00**

**Bull Dog Heavy Haul**
**23447 County Road 35**
**La Salle, CO 80645**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.15** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$681.07**

**Cable Tech Sling and Supply**
**5085 Oakland St**
**Denver, CO 80239**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.16** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$24,788.85**

**Caliche Now LLC**
**3000 N Garfield St STE 140**
**Midland, TX 79705**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **KRT, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.17 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00** |
|---|---|---|---|

**Cashline Solutions LLC**
**467741 E 1050 RD**
**Sallisaw, OK 74955**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$125.54** |
|---|---|---|---|

**CenturyLink**
**PO Box 91155**
**Seattle, WA 98111-9255**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$26,383.09** |
|---|---|---|---|

**Cross Country Infrastructure Services In**
**PO Box 647003**
**Dallas, TX 75264-7003**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,892.40** |
|---|---|---|---|

**Delta Dental Plan of Wyoming**
**6705 Faith Dr**
**Cheyenne, WY 82009**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$849.22** |
|---|---|---|---|

**Disa Globel Solutions, Inc**
**Dept 890314**
**PO Box 120314**
**Dallas, TX 75312**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,904.62** |
|---|---|---|---|

**Druce & Lewis P.C.**
**PO Box 970**
**Rock Springs, WY 82902**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$34,768.34** |
|---|---|---|---|

**Eide Bailly**
**PO Box 2545**
**Fargo, ND 58108**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **KRT, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.24** | **Nonpriority creditor's name and mailing address**
**Eighteen 15, LLC**
**108 North 6th Avenue**
**PO Box 940**
**Greeley, CO 80632**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$20,416.67**

---

**3.25** | **Nonpriority creditor's name and mailing address**
**Enbridge**
**PO Box 45841**
**Salt Lake City, UT 84139**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$795.33**

---

**3.26** | **Nonpriority creditor's name and mailing address**
**Ensign United States Drilling Inc.**
**15015 Vickery Drive**
**Houston, TX 77032**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$23,345.00**

---

**3.27** | **Nonpriority creditor's name and mailing address**
**Express Toll - E-470 Public Highway**
**P.O. box 5470**
**Denver, CO 80217**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$25.02**

---

**3.28** | **Nonpriority creditor's name and mailing address**
**First Interstate Bank**
**Po Box 7087**
**Billings, MT 59103**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$58,137.03**

---

**3.29** | **Nonpriority creditor's name and mailing address**
**Front Range Real Estate Holding**
**2245 7th Ave CT**
**Greeley, CO 80634**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,740.00**

---

**3.30** | **Nonpriority creditor's name and mailing address**
**Fusion Services**
**10201 W 64th St**
**Odessa, TX 79764**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$12,880.00**

---

| Debtor | **KRT, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.31** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12,000.00**

**Gann & Sons LLC**
**6 Daisy Ave**
**Rock Springs, WY 82901**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.32** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,280.11**

**Greeley Lock and Key**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.33** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$15,297.00**

**HB Properties LLC**
**4501 Grandi Rd**
**Carlsbad, NM 88220**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.34** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,005.46**

**Holt Crane Equipment**
**PO Box 650345**
**Dallas, TX 75265**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.35** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$70,259.62**

**IPFS Corporation**
**PO Box 412086**
**Kansas City, MO 64141**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.36** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$400.00**

**Jan-Pro Cleaning Systems of Colorado**
**Lockbox #17648**
**1720 S Bellaire St #600**
**Denver, CO 80222**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.37** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$748,270.85**

**Kevin and Laura Ringdahl**
**302 Hemlock**
**Rock Springs, WY 82901**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **KRT, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$32,617.50** |
|---|---|---|---|

**KP Squared**
**PO Box 367**
**Pierce, CO 80650**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,971.00** |
|---|---|---|---|

**Kran LLC**
**3620 W 10th Street Unit B 171**
**Greeley, CO 80634**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$29,120.00** |
|---|---|---|---|

**L & K LLC**
**PO Box 1665**
**Rock Springs, WY 82901**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$87,597.50** |
|---|---|---|---|

**Landeros Trucking Service LLC**
**PO Box 651**
**Greeley, CO 80632**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$16,280.00** |
|---|---|---|---|

**Lightning Trucking and Service, LLC**
**39950 E. Colorado Ave**
**Bennett, CO 80102**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$38,981.26** |
|---|---|---|---|

**Maverick Oilfield Services, LLC**
**P.O. Box 1220**
**Douglas, WY 82633**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$116.00** |
|---|---|---|---|

**Medicine for Business and Industry, LLC**
**14950 Garden of the Gods Road Suite 102**
**Colorado Springs, CO 80907**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **KRT, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$37,127.17** |
|---|---|---|---|
| | **Mountain Crane**<br>**393 S 2650 West**<br>**Salt Lake City, UT 84104** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Namdar LC**<br>**925 South 400 West**<br>**Salt Lake City, UT 84104** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$16,245.00** |
|---|---|---|---|
| | **Nimble Crane**<br>**89 Timson Hill Road**<br>**Newfane, VT 05345** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4.05** |
|---|---|---|---|
| | **Northwest Parkway, LLC**<br>**3701 Northwest Parkway**<br>**Broomfield, CO 80023-9479** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$74,250.00** |
|---|---|---|---|
| | **Park Heavy Haul LLC**<br>**14757 County Road 26**<br>**Fort Lupton, CO 80621** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,247.55** |
|---|---|---|---|
| | **Peterbilt of Wyoming**<br>**1555 View**<br>**Casper, WY 82601** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$14,886.44** |
|---|---|---|---|
| | **Pinnacol Assurance**<br>**PO Box 561434**<br>**Denver, CO 80256** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **KRT, Inc.** | Case number (*if known*) |
|---|---|---|
| | Name | |

---

**3.52** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$152.45**

**PNC Bank C/O PSs Industrial Group Corp**
**Lock Box Number 674991**
**1200 East Campbell Road, Suite 108**
**Richardson, TX 75081**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.53** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$28,009.65**

**Prolift Rigging CO**
**P.O. Box 1000**
**Memphis, TN 38148-3017**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.54** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

**Red Horse Oil -Division of Bialey Enterp**
**16 Brewary Rd.**
**Rock Springs, WY 82901**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.55** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$40,168.75**

**Rick Norton Trucking LLC**
**PO Box 1257**
**Washington, UT 84780**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.56** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$24,593.62**

**RMS Cranes, LLC.**
**PO Box 912855**
**Denver, CO 80291-2855**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.57** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$67,640.00**

**Rock Point Trucking**
**2141 72nd Ave CT**
**Greeley, CO 80634**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.58** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$20,330.00**

**Rocking S Enterprises, Inc.**
**2110 Covered Bridge Pkwy**
**Portland, OR 97256**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **KRT, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$461.57** |
|---|---|---|---|

**Rocky Mountain Power**
P.O. Box 26000
Portland, OR 97256

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,576.00** |
|---|---|---|---|

**Rush Truck Center**
Decatur Alabama
Decatur, AL 35609

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$132,157.00** |
|---|---|---|---|

**SBA EIDL**
**USA Small Business Administration**
PO Box 3918
Portland, OR 97208-3908

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,570.50** |
|---|---|---|---|

**Service Uniform**
2580 S Raritan Street
Englewood, CO 80110

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$50.00** |
|---|---|---|---|

**Sideline Collections Inc.**

Rock Springs, WY 82901

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,692.50** |
|---|---|---|---|

**Siem Transportation LLC**
200 Reed Rd
Platteville, CO 80651

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$750.00** |
|---|---|---|---|

**Skorcz Rentals, LLC**
226 Aspen Way
Rock Springs, WY 82901

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| Debtor | **KRT, Inc.** | Case number *(if known)* | |
| | Name | | |

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$29,340.00** |
|---|---|---|---|
| | **Southern Transport LLC** | ☐ Contingent | |
| | **Dept 100 PO Box 830604** | ☐ Unliquidated | |
| | **Birmingham, AL 35283** | ■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,264.80** |
|---|---|---|---|
| | **Steve Sharp Transportation, Inc** | ☐ Contingent | |
| | **PO Box 160** | ☐ Unliquidated | |
| | **Cokeville, WY 83114** | ■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,200.00** |
|---|---|---|---|
| | **Straightline Pilot Car Services, LLC** | ☐ Contingent | |
| | **3813 W. 8th St.** | ☐ Unliquidated | |
| | **Greeley, CO 80634** | ■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$36,750.00** |
|---|---|---|---|
| | **T6 Pilot Car Services, LLC** | ☐ Contingent | |
| | **10625C.R. 72** | ☐ Unliquidated | |
| | **Windsor, CO 80550** | ■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$94,156.88** |
|---|---|---|---|
| | **Tailchain Services, LLC** | ☐ Contingent | |
| | **PO Box 338** | ☐ Unliquidated | |
| | **685 NE Hwy 19** | ■ Disputed | |
| | **Sidney, NE 69162** | | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,650.72** |
|---|---|---|---|
| | **Team Petroleum LLC** | ☐ Contingent | |
| | **PO Box 1931** | ☐ Unliquidated | |
| | **Fort Collins, CO 80522** | ■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$33,973.37** |
|---|---|---|---|
| | **TruckPro, LLC** | ☐ Contingent | |
| | **29787 Network Place** | ☐ Unliquidated | |
| | **Chicago, IL 60673-1787** | ■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| Debtor | **KRT, Inc.** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**3.73**

**Nonpriority creditor's name and mailing address**

**US Bank**
**Bankruptcy/Recovery Department**
**PO Box 5229**
**Cincinnati, OH 45201**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.74**

**Nonpriority creditor's name and mailing address**

**US Bank Equipment Co**
**1310 Madrid St. Suite 101**
**Chicago, IL 60673-1787**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$87,144.20**

---

**3.75**

**Nonpriority creditor's name and mailing address**

**VSP**
**3333 Quality Dr. Rancho Cordova**
**Capay, CA 95607**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$370.76**

---

**3.76**

**Nonpriority creditor's name and mailing address**

**Wagner Equipment Co**
**PO Box 919000**
**Denver, CO 80291**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$151,754.98**

---

**3.77**

**Nonpriority creditor's name and mailing address**

**Wallwork Financial**
**401 38th Street SW**
**P.O. Box 638**
**Fargo, ND 58107-0628**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$128,656.95**

---

**3.78**

**Nonpriority creditor's name and mailing address**

**Wells Fargo Vendor Financial**
**PO Box 030310,**
**Los angeles,, CA**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$56,025.30**

---

**3.79**

**Nonpriority creditor's name and mailing address**

**Western Colorado Waste, Inc**
**PO Box 530**
**Clifton, CO 81520**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$547.00**

---

| Debtor | **KRT, Inc.** | | Case number (if known) | |
| --- | --- | --- | --- | --- |
| | Name | | | |

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,894.15 |
| --- | --- | --- | --- |

**WYDOT**
**Overweight Loads 5300 Bishop Blvd**
**Cheyenne, WY 82009-3340**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred ___

Last 4 digits of account number ___

Basis for the claim: ___

Is the claim subject to offset? ■ No  ☐ Yes

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
| --- | --- | --- | --- |

**Wyoming Department of Transportation**
**5200 Bishop Blvd.**
**Cheyenne, WY 82009**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Last 4 digits of account number ___

Basis for the claim: ___

Is the claim subject to offset? ■ No  ☐ Yes

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
| --- | --- | --- | --- |

**Wyoming Waste Services**
**Rock Springs District**
**PO Box 7428**
**Pasadena, CA 91109-7428**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Last 4 digits of account number ___

Basis for the claim: ___

Is the claim subject to offset? ■ No  ☐ Yes

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,022.56 |
| --- | --- | --- | --- |

**Xcel Energy**
**PO Box**
**Dallas, TX 75266**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred ___

Last 4 digits of account number ___

Basis for the claim: ___

Is the claim subject to offset? ■ No  ☐ Yes

---

**Part 3:**   **List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
| --- | --- | --- | --- |
| 4.1 | **Wells Fargo**<br>**P.O. Box 51193**<br>**Los Angeles, CA 90051** | Line  **3.78**<br><br>☐ Not listed. Explain ____ | _ |

---

**Part 4:**   **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts | |
| --- | --- | --- | --- |
| 5a. Total claims from Part 1 | 5a. | $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ | 3,056,465.88 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 3,056,465.88 |

**Fill in this information to identify the case:**

Debtor name    **KRT, Inc.**

United States Bankruptcy Court for the:   DISTRICT OF WYOMING

Case number (if known)     _____

☐ Check if this is an
   amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.**   State what the contract or lease is for and the nature of the debtor's interest     **Lease of 350 63rd Ave Greeley, CO 80631** | |
|      State the term remaining | |
|      List the contract number of any government contract | **Clinton May** **Greeley, CO 80631** |
| **2.2.**   State what the contract or lease is for and the nature of the debtor's interest     **lease of 113 6th Avenue, Greeley, Colorado** | |
|      State the term remaining     **3 years** | |
|      List the contract number of any government contract | **Eighteen 15, LLC** **108 North 6th Avenue** **Greeley, CO 80631** |
| **2.3.**   State what the contract or lease is for and the nature of the debtor's interest     **lease of 7101 Foothill Blvd, Rock Springs, Wyoming** | |
|      State the term remaining     **3 years** | |
|      List the contract number of any government contract | **Namdar LC** **925 South 400 West** **Salt Lake City, UT 84104** |

2/07/25 6:41PM

**Fill in this information to identify the case:**

Debtor name __**KRT, Inc.**__

United States Bankruptcy Court for the: __DISTRICT OF WYOMING__

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**

*Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | **Kevin Ringdahl** | **302 Hemlock**<br>**Rock Springs, WY 82901** | **Commercial Credit Group** | ■ D __2.7__<br>☐ E/F ____<br>☐ G ____ |

Official Form 206H          Schedule H: Your Codebtors          Page 1 of 1

| Fill in this information to identify the case: |
| --- |
| Debtor name **KRT, Inc.** |
| United States Bankruptcy Court for the: DISTRICT OF WYOMING |
| Case number (if known) _____ |

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy            04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:**    **Income**

1. **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
| --- | --- | --- |
| **For prior year:**<br>From  **1/01/2024** to **12/31/2024** | ■ Operating a business<br>☐ Other _____ | **$14,922,869.00** |
| **For year before that:**<br>From  **1/01/2023** to **12/31/2023** | ■ Operating a business<br>☐ Other _____ | **$14,423,612.65** |
| **For the fiscal year:**<br>From  **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other _____ | **$11,976,952.00** |

2. **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
| --- | --- | --- |

**Part 2:**    **List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
| --- | --- | --- | --- |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed

Debtor    **KRT, Inc.**                                                    Case number *(if known)*

or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

■ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:    Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

Debtor   **KRT, Inc.** _____   Case number *(if known)* _____

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|
| | | | |

**Part 6:   Certain Payments or Transfers**

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Clark D Stith**<br>**507 Broadway**<br>**Rock Springs, WY 82901** | | | **$13,738.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| | | | |

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| | Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|

**Part 7:   Previous Locations**

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy<br>From-To |
|---|---|
| | |

**Part 8:   Health Care Bankruptcies**

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or

Debtor      **KRT, Inc.**                                    Case number *(if known)*

- providing any surgical, psychiatric, drug treatment, or obstetric care?

  ■  No. Go to Part 9.
  ☐  Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If  debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | | |

| Part 9: | Personally Identifiable Information |
|---|---|

16. **Does the debtor collect and retain personally identifiable information of customers?**

    ■  No.
    ☐  Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

    ■  No. Go to Part 10.
    ☐  Yes. Does the debtor serve as plan administrator?

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

    ■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| | | | | |

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

    ■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

    ■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

| Part 11: | Property the Debtor Holds or Controls That the Debtor Does Not Own |
|---|---|

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

    ■ None

| Debtor | KRT, Inc. | Case number *(if known)* | |
|---|---|---|---|

---

**Part 12:   Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title
Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23.  **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24.  **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

**Part 13:   Details About the Debtor's Business or Connections to Any Business**

25.  **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number
Do not include Social Security number or ITIN.

Dates business existed |
|---|---|---|

26.  **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| | Name and address | Date of service
From-To |
|---|---|---|
| 26a.1. | **Hall, Noble & Druce, PC**
**PO Box 970**
**Rock Springs, WY 82902-0970** | **2022 through the present** |
| 26a.2. | **Eide Bailley**
**7001 E Belleview Ave #700**
**Denver, CO 80237** | **2024 to present** |

| Debtor | KRT, Inc. | Case number *(if known)* | |
|--------|-----------|--------------------------|--|

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|------------------|-------------------------|
| 26b.1. **Hall, Noble & Druce, PC**<br>**PO Box 970**<br>**Rock Springs, WY 82902-0970** | |

| Name and address | Date of service From-To |
|------------------|-------------------------|
| 26b.2. **Ashlee Bledsoe** | |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

| Name and address | If any books of account and records are unavailable, explain why |
|------------------|------------------------------------------------------------------|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address |
|------------------|

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---------------------------------------------------------------|-------------------|------------------------------------------------------------------------------|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|-----------------------|
| **Kevin Ringdahl** | **302 Hemlock**<br>**Rock Springs, WY 82901** | **Vice President, Director, Shareholder** | **40%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|-----------------------|
| **Laura Ringdahl** | **302 Hemlock**<br>**Rock Springs, WY 82901** | **President, Director, Shareholder** | **60%** |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No

☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

Debtor   **KRT, Inc.**                                    Case number *(if known)* _____

☐ No
■ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1 **Kevin Ringdahl**<br>**302 Hemlock** | **131564.52** | | **Salary** |
| **Relationship to debtor** | | | |
| 30.2 **Laura Ringdahl**<br>**302 Hemlock** | **131,564.52** | | **Salary** |
| **Relationship to debtor** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **February  7, 2025**

**/s/ Kevin Ringdahl**                              **Kevin Ringdahl**
Signature of individual signing on behalf of the debtor       Printed name

Position or relationship to debtor   **Vice-President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

2/07/25 6:41PM

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## District of Wyoming

In re  **KRT, Inc.**

Debtor(s)

Case No. _____

Chapter  **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept ................................. $ ............ **12,000.00**

    Prior to the filing of this statement I have received ................... $ ............ **12,000.00**

    Balance Due ........................................................................ $ ............ **0.00**

2. The source of the compensation paid to me was:

    ■ Debtor    ☐ Other (specify):

3. The source of compensation to be paid to me is:

    ■ Debtor    ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d. [Other provisions as needed]
    **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**February  7, 2025**

*Date*

**/s/ Clark D. Stith**

**Clark D. Stith 6-3176**
*Signature of Attorney*
**Clark D. Stith**
**505 Broadway Street**
**Rock Springs, WY 82901**
**307-382-5565  Fax: 307-382-5552**
**clarkstith@wyolawyers.com**
*Name of law firm*

## United States Bankruptcy Court
### District of Wyoming

In re   **KRT, Inc.**

Debtor(s)

Case No.

Chapter   **11**

### LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **Kevin Ringdahl**<br>**302 Hemlock**<br>**Rock Springs, WY 82901** | | **40%** | |
| **Laura Ringdahl**<br>**302 Hemlock**<br>**Rock Springs, WY 82901** | | **60%** | |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Vice-President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **February  7, 2025**

Signature   **/s/ Kevin Ringdahl**

**Kevin Ringdahl**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

**United States Bankruptcy Court**
**District of Wyoming**

In re    **KRT, Inc.** _____    Case No. _____
                                    Debtor(s)      Chapter   __11__

# VERIFICATION OF CREDITOR MATRIX

I, the Vice-President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and

correct to the best of my knowledge.

Date:    **February  7, 2025** _____    **/s/ Kevin Ringdahl** _____
                                    **Kevin Ringdahl/Vice-President**
                                    Signer/Title

4 Rivers Equipment
PO Box 913509
Denver, CO 80291

.

All West Communications
1481 Gateway Blvd.
Rock Springs, WY 82901

Ally Financial
PO Box 9001948
Louisville, KY 40290-1948

American National
8004 S 94th St
La Vista, NE 68128

AT&T
PO Box 5014
Carol Stream, IL 60197-5014

Atmos Energy Corporation
PO Box 790311
Saint Louis, MO 63179

Axiom Medical
PO Box 207282
Dallas, TX 75320

B-1 Trucking LLC
47 Diane Street
Artesia, NM 88210

Balboa Capital Corporation
575 Anton Blvd
12th Floor
Costa Mesa, CA 92626

Bank of America
PO Box 851001
Dallas, TX 75285-1001

Basin Concrete and Trucking & Rental
PO Box 4264
Williston, ND 58802

Betos Trucking LLC
PO Box 85
Hobbs, NM 88241

Big Boy Services LLC
PO Box 3481
Hobbs, NM 88241

Blue Cross Blue Shield of Wyoming
PO Box 173704
Denver, CO 80217-3704

Blue Star Services
277 W Hwy 128
PO Box 1268
Jal, NM 88252

Bull Dog Heavy Haul
23447 County Road 35
La Salle, CO 80645

Cable Tech Sling and Supply
5085 Oakland St
Denver, CO 80239

Caliche Now LLC
3000 N Garfield St STE 140
Midland, TX 79705

Cashline Solutions LLC
467741 E 1050 RD
Sallisaw, OK 74955

Caterpillar Financial Services
2120 West End Avenue
Nashville, TN 37203

CenturyLink
PO Box 91155
Seattle, WA 98111-9255

Chrysler Capital
PO Box660335
Dallas, TX 75266

Citizens One Auto
PO Box 42113
Providence, RI 02940

Clinton May
Greeley, CO 80631

Commercial Credit Group
227 West Trade Street, Suite 1450
Charlotte, NC 28202

Commercial Credit Group
2135 City Gate Lane
Suite 440
Naperville, IL 60563

Commercial Credit Group
2135 City Gate Lane
Suite 400
Naperville, IL 60563

Cross Country Infrastructure Servicln
PO Box 647003
Dallas, TX 75264-7003

Delta Dental Plan of Wyoming
6705 Faith Dr
Cheyenne, WY 82009

Disa Globel Solutions, Inc
Dept 890314
PO Box 120314
Dallas, TX 75312

Druce & Lewis P.C.
PO Box 970
Rock Springs, WY 82902

Fusion Services
15201 W 64th St
Odessa, TX 79764

Kevin Ringdahl
302 Hemlock
Rock Springs, WY 82901

Eide Bailly
PO Box 2545
Fargo, ND 58108

Gann & Sons LLC
6 Daisy Ave
Rock Springs, WY 82901

KP Squared
PO Box 367
Pierce, CO 80650

Eighteen 15, LLC
108 North 6th Avenue
PO Box 940
Greeley, CO 80632

Greeley Lock and Key

Kran LLC
3620 W 10th Street Unit B 171
Greeley, CO 80634

Eighteen 15, LLC
108 North 6th Avenue
Greeley, CO 80631

Gulf Coast Financial Services Inc.
248 North Marion Avenue
Lake City, FL 32055

L & K LLC
PO Box 1665
Rock Springs, WY 82901

Enbridge
PO Box 45841
Salt Lake City, UT 84139

HB Properties LLC
4501 Grandi Rd
Carlsbad, NM 88220

Landeros Trucking Service LLC
PO Box 651
Greeley, CO 80632

Ensign United States Drilling Inc.
15015 Vickery Drive
Houston, TX 77032

Holt Crane Equipment
PO Box 650345
Dallas, TX 75265

Lightning Trucking and Service, LL
39950 E. Colorado Ave
Bennett, CO 80102

Express Toll - E-470 Public Highway
P.O. box 5470
Denver, CO 80217

Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346

Maverick Oilfield Services, LLC
P.O. Box 1220
Douglas, WY 82633

First Interstate Bank
Po Box 7087
Billings, MT 59103

IPFS Corporation
PO Box 412086
Kansas City, MO 64141

Medicine for Business and Industry LL
14950 Garden of the Gods Road S10
Colorado Springs, CO 80907

Ford Motor Credit
National Bankruptcy Service Center
PO Box 62180
Colorado Springs, CO 80962

Jan-Pro Cleaning Systems of Colorado
Lockbox #17648
1720 S Bellaire St #600
Denver, CO 80222

Mountain Crane
393 S 2650 West
Salt Lake City, UT 84104

Front Range Real Estate Holding
2245 7th Ave CT
Greeley, CO 80634

Kevin and Laura Ringdahl
302 Hemlock
Rock Springs, WY 82901

Namdar LC
925 South 400 West
Salt Lake City, UT 84104

Nimble Crane
89 Timson Hill Road
Newfane, VT 05345

Rock Point Trucking
2141 72nd Ave CT
Greeley, CO 80634

Steve Sharp Transportation, Inc
PO Box 160
Cokeville, WY 83114

Northwest Parkway, LLC
3701 Northwest Parkway
Broomfield, CO 80023-9479

Rocking S Enterprises, Inc.
2110 Covered Bridge Pkwy
Portland, OR 97256

Straightline Pilot Car Services, LLC
3813 W. 8th St.
Greeley, CO 80634

Park Heavy Haul LLC
14757 County Road 26
Fort Lupton, CO 80621

Rocky Mountain Power
P.O. Box 26000
Portland, OR 97256

T6 Pilot Car Services, LLC
10625C.R. 72
Windsor, CO 80550

Peterbilt of Wyoming
1555 View
Casper, WY 82601

Rush Truck Center
Decatur Alabama
Decatur, AL 35609

Tailchain Services, LLC
PO Box 338
685 NE Hwy 19
Sidney, NE 69162

Pinnacol Assurance
PO Box 561434
Denver, CO 80256

SBA EIDL
USA Small Business Administration
PO Box 3918
Portland, OR 97208-3908

Team Petroleum LLC
PO Box 1931
Fort Collins, CO 80522

PNC Bank C/O PSs Industrial Group Corp
Lock Box Number 674991
1200 East Campbell Road, Suite 108
Richardson, TX 75081

Service Uniform
2580 S Raritan Street
Englewood, CO 80110

Trans Lease, Inc.
1400 West 62nd Avenue
Denver, CO 80221

Prolift Rigging CO
P.O. Box 1000
Memphis, TN 38148-3017

Sideline Collections Inc.
Rock Springs, WY 82901

Translease, Inc.
1400 West 62nd Avenue
Denver, CO 80221

Red Horse Oil -Division of Bialey Enterp
16 Brewary Rd.
Rock Springs, WY 82901

Siem Transportation LLC
200 Reed Rd
Platteville, CO 80651

TruckPro, LLC
29787 Network Place
Chicago, IL 60673-1787

Rick Norton Trucking LLC
PO Box 1257
Washington, UT 84780

Skorcz Rentals, LLC
226 Aspen Way
Rock Springs, WY 82901

US Bank
Bankruptcy/Recovery Department
PO Box 5229
Cincinnati, OH 45201

RMS Cranes, LLC.
PO Box 912855
Denver, CO 80291-2855

Southern Transport LLC
Dept 100 PO Box 830604
Birmingham, AL 35283

US Bank Equipment Co
1310 Madrid St. Suite 101
Chicago, IL 60673-1787

3333 Quality Dr. Rancho Cordova
Capay, CA 95607


Wagner Equipment Co
PO Box 919000
Denver, CO 80291


Wallwork Financial
401 38th Street SW
P.O. Box 638
Fargo, ND 58107-0628


Wells Fargo
P.O. Box 51193
Los Angeles, CA 90051


Wells Fargo Vendor Financial
PO Box 030310,
Los angeles,, CA


Western Colorado Waste, Inc
PO Box 530
Clifton, CO 81520


WYDOT
Overweight Loads 5300 Bishop Blvd
Cheyenne, WY 82009-3340


Wyoming Department of Transportation
5200 Bishop Blvd.
Cheyenne, WY 82009


Wyoming Waste Services
Rock Springs District
PO Box 7428
Pasadena, CA 91109-7428


Xcel Energy
PO Box
Dallas, TX 75266

# United States Bankruptcy Court
## District of Wyoming

In re   **KRT, Inc.**

Debtor(s)

Case No.

Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **KRT, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**February  7, 2025**

Date

**/s/ Clark D. Stith**

**Clark D. Stith 6-3176**

Signature of Attorney or Litigant

Counsel for   **KRT, Inc.**

**Clark D. Stith**

**505 Broadway Street**
**Rock Springs, WY 82901**
**307-382-5565 Fax:307-382-5552**
**clarkstith@wyolawyers.com**