**Fill in this information to identify the case:**

Debtor name **KRT, Inc.**

United States Bankruptcy Court for the: DISTRICT OF WYOMING

Case number (if known) **25-20036**

■ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property         **12/15**

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1 Ally Financial** Creditor's Name | **Describe debtor's property that is subject to a lien** | **$154,627.47** | **$186,000.00** |

**PO Box 9001948**
**Louisville, KY 40290-1948**
Creditor's mailing address

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

| **2.2 American National Bank** Creditor's Name | **Describe debtor's property that is subject to a lien** **2022- FORD- F250** | **$29,767.49** | **$37,000.00** |
|---|---|---|---|

**8004 S 84TH STREET**
**La Vista, NE 68128**
Creditor's mailing address

Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

Debtor   **KRT, Inc.**
_____
Name

Case number (if known)   **25-20036**
_____

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.
_____

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **American National Bank** | Describe debtor's property that is subject to a lien | $42,290.00 | $43,275.00 |
|---|---|---|---|---|

Creditor's Name
**2019 Ford F250**

**8004 S 84TH STREET**
**La Vista, NE 68128**
_____
Creditor's mailing address

Describe the lien
_____

_____
Creditor's email address, if known

Is the creditor an insider or related party?
■ No
☐ Yes

Is anyone else liable on this claim?

**Date debt was incurred**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Balboa Capital Corporation** | Describe debtor's property that is subject to a lien | $294,985.00 | $130,000.00 |
|---|---|---|---|---|

Creditor's Name
**2015 Cat Combinatoin  Pipelayer with Vanguard Conversion located in New Mexico**

**575 Anton Blvd**
**12th Floor**
**Costa Mesa, CA 92626**
_____
Creditor's mailing address

Describe the lien
**Purchase Money Security**
_____

Is the creditor an insider or related party?
■ No
☐ Yes

_____
Creditor's email address, if known

Is anyone else liable on this claim?

**Date debt was incurred**
**10/6/2023**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.5 | **Balboa Capital Corporation** | Describe debtor's property that is subject to a lien | Unknown | $40,000.00 |
|---|---|---|---|---|

Creditor's Name
**2018 Xtreme XR1055 Telehandler**

**575 Anton Blvd**
**12th Floor**
**Costa Mesa, CA 92626**
_____
Creditor's mailing address

Describe the lien
_____

Is the creditor an insider or related party?
■ No

3/23/25  4:19PM

Debtor    **KRT, Inc.**
_____
Name

Case number (if known)    **25-20036**
_____

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| | | | | |
|---|---|---|---|---|
| 2.6 | **Caterpillar Financial Services** | **Describe debtor's property that is subject to a lien** | $1,471,832.05 | $1,600,000.00 |

Creditor's Name

**2120 West End Avenue
Nashville, TN 37203**
Creditor's mailing address

**Five (5) Caterpillar Excavators, Three (3) Caterpillar loaders, One (1) track type tractor**

**Describe the lien**

**Purchase Money Security**
_____

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

Creditor's email address, if known

**Date debt was incurred**

**12/1/2023**

**Last 4 digits of account number**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

---

| | | | | |
|---|---|---|---|---|
| 2.7 | **Citizens One Auto** | **Describe debtor's property that is subject to a lien** | $27,084.83 | $0.00 |

Creditor's Name

**PO Box 42113
Providence, RI 02940**
Creditor's mailing address

**Describe the lien**
_____

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| | | | | |
|---|---|---|---|---|
| 2.8 | **Commercial Credit Group** | **Describe debtor's property that is subject to a lien** | $430,357.66 | $650,000.00 |

Debtor    **KRT, Inc.**
_____
Name                                                          Case number (if known)      **25-20036**
                                                              _____

Creditor's Name

**227 West Trade Street,
Suite 1450
Charlotte, NC 28202**
_____
Creditor's mailing address

**2019 Link-Belt 228 HSL 130 ton crawler crane
located 113 6th Avenue Greeley CO**

**Describe the lien**

**Non-Purchase Money Security**
_____

**Is the creditor an insider or related party?**

■ No

☐ Yes

_____
Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No

**Date debt was incurred**

**1/27/2025**

**Last 4 digits of account number**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an
interest in the same property?**

■ No

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

---

| 2.9 | **Commercial Credit Group** | **Describe debtor's property that is subject to a lien** | $24,414.68 | $38,000.00 |
|-----|------------------------------|---------------------------------------------------------|------------|------------|

Creditor's Name

**2135 City Gate Lane
Suite 440
Naperville, IL 60563**
_____
Creditor's mailing address

**2022 Diamond C Trailer , 102 inches x 40 feet
equipment trailer**

**Describe the lien**
_____

**Is the creditor an insider or related party?**

■ No

☐ Yes

_____
Creditor's email address, if known

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**

■ No

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

---

| 2.1 0 | **Commercial Credit Group** | **Describe debtor's property that is subject to a lien** | $1,519,053.47 | $210,000.00 |
|-------|------------------------------|----------------------------------------------------------|---------------|-------------|

Creditor's Name

**227 West Trade Street,
Suite 1450
Charlotte, NC 28202**
_____
Creditor's mailing address

**2018 LInkbelt 130 Ton Crane,  and multiple
other vehicles and equipment**

**Describe the lien**

**Non-Purchase Money Security**
_____
**Is the creditor an insider or related party?**

■ No

☐ Yes

_____
Creditor's email address, if known

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

| Debtor | **KRT, Inc.** | | Case number (if known) | **25-20036** |
|---|---|---|---|---|
| | Name | | | |

| | | As of the petition filing date, the claim is: Check all that apply |
|---|---|---|
| Do multiple creditors have an interest in the same property? | | ☐ Contingent |
| ■ No | | ☐ Unliquidated |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | | ☐ Disputed |

---

| 2.1 1 | **Ford Motor Credit LLC** | Describe debtor's property that is subject to a lien | $8,843.28 | $14,000.00 |
|---|---|---|---|---|

Creditor's Name

**AIS Portfolio Services**
**4515 N. Santa Fe Avenue**
**Dept. APS**
**Oklahoma City, OK 73118**

VIN:1FTFW1E82NFB11795

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Describe the lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes
**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.1 2 | **Ford Motor Credit LLC** | Describe debtor's property that is subject to a lien | $37,853.48 | $43,000.00 |
|---|---|---|---|---|

Creditor's Name

**AIS Portfolio Services**
**4515 N. Santa Fe Avenue**
**Dept. APS**
**Oklahoma City, OK 73118**

VIN:1FTFW1E82NFB99988 - Ford F150

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Describe the lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes
**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.1 3 | **Gulf Coast Financial Services Inc.** | Describe debtor's property that is subject to a lien | $280,000.00 | $1,202,585.00 |
|---|---|---|---|---|

3/23/25 4:19PM

| Debtor | **KRT, Inc.** | Case number (if known) | **25-20036** |
|---|---|---|---|
| | Name | | |

| | |
|---|---|
| Creditor's Name | **KRT Invoice Nos. 10983, 10964, 10962, 10961** |
| **248 North Marion Avenue** | |
| **Lake City, FL 32055** | |
| Creditor's mailing address | **Describe the lien** |

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.1 4 | **Kubota Credit Corporation** | Describe debtor's property that is subject to a lien | $37,234.07 | $45,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **KUBOTA MX6000HSTC, KBUL3CHCVM8E16833 KUBOTA LA1065A, C1453 LAND PRIDE RC2512-2, 1873601** | | |

**P.O. Box 9013**
**Addison, TX 75001**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.1 5 | **Santander Consumer USA** | Describe debtor's property that is subject to a lien | $25,927.84 | $42,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **2022 Ram 2500 Crew cab** | | |

**Po Box 961245**
**Ft Worth, TX 76161**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

---

Official Form 206D        Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**        page 6 of 9

| Debtor | **KRT, Inc.** | Case number (if known) | **25-20036** |
|---|---|---|---|
| | Name | | |

**9689**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.16 | **Santander Consumer USA** | **Describe debtor's property that is subject to a lien** | **$22,506.03** | **$35,000.00** |
|---|---|---|---|---|
| | Creditor's Name | **2022 Ram 2500** | | |

**Po Box 961245**
**Ft Worth, TX 76161**
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**0924**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.17 | **SBA EIDL** | **Describe debtor's property that is subject to a lien** | **$156,468.30** | **Unknown** |
|---|---|---|---|---|
| | Creditor's Name | **tangible and intangible personal property** | | |

**USA Small Business**
**Administration**
**PO Box 3918**
**Portland, OR 97208-3908**
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.18 | **Trans Lease, Inc.** | **Describe debtor's property that is subject to a lien** | **Unknown** | **$11,000.00** |
|---|---|---|---|---|

---

Debtor      **KRT, Inc.**                                          Case number (if known)      **25-20036**
            Name

| Creditor's Name | **2021 Scona booster axle trailer** | | |
|---|---|---|---|

**1400 West 62nd Avenue**
**Denver, CO 80221**
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

Creditor's email address, if known

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

☐ Disputed

---

| | | | | |
|---|---|---|---|---|
| 2.1 9 | **Trans Lease, Inc.** | Describe debtor's property that is subject to a lien | **Unknown** | **Unknown** |
| | Creditor's Name | **2021 Scona Jeep trailer** | | |

**1400 West 62nd Avenue**
**Denver, CO 80221**
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

Creditor's email address, if known

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

☐ Disputed

---

| | | | | |
|---|---|---|---|---|
| 2.2 0 | **Translease, Inc.** | Describe debtor's property that is subject to a lien | **$75,000.00** | **$51,000.00** |
| | Creditor's Name | **2020 Peerless Lowboy Trailer** | | |

**1400 West 62nd Avenue**
**Denver, CO 80221**
Creditor's mailing address

**Describe the lien**
**Purchase Money Security**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

Creditor's email address, if known

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**6/2/2022**

**Last 4 digits of account number**

---

3/23/25 4:19PM

| Debtor | **KRT, Inc.** | Case number (if known) | **25-20036** |
|---|---|---|---|
| | Name | | |

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

---

| 2.21 | **Wallwork Financial** | Describe debtor's property that is subject to a lien | $124,861.50 | $125,000.00 |
|---|---|---|---|---|

Creditor's Name

**401 38th Street SW
P.O. Box 638
Fargo, ND 58107-0628**

Creditor's mailing address

**2023 CopCo Air Compressor and 2023 Felling Trailer**

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

---

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   $4,763,107.15

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Commercial Credit Group
2135 City Gate Lane
Suite 400
Naperville, IL 60563** | Line __2.8__ | |